No. 6502. WILLIAMS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 313. ORITO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted.

No. 356. EVANS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted.

No. 1018. NORMAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted.

No. 1537. EISENBERG ET AL. *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted.

No. 1370. LAMP, ADMINISTRATRIX *v.* UNITED STATES STEEL CORP. ET AL.;

No. 1475. FUHRMAN, ADMINISTRATRIX, ET AL. *v.* UNITED STATES STEEL CORP. ET AL.; and

No. 1497. COOK, ADMINISTRATRIX *v.* UNITED STATES STEEL CORP. ET AL. C. A. 6th Cir. Certiorari denied. MR. JUSTICE BLACK, MR. JUSTICE DOUGLAS, and MR. JUSTICE BRENNAN are of the opinion that certiorari should be granted. Reported below: 436 F. 2d 1256.

No. 1493. VERNITRON CORP. ET AL. *v.* BENJAMIN. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.